

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2022

No. 04-22-00048-CV

**IN RE MICHAEL SANCHEZ**,

Original Proceedings

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On January 24, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** February 25, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT